22 So.2d 919

**Zollie D. COWAN v. STATE.**

4 Div. 379.

Supreme Court of Alabama.

July 26, 1945.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., for petition.

A. Whaley, of Andalusia, opposed.

THOMAS, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Cowan v. State, 22 So.2d 917.

Writ denied.

GARDNER, C. J., and FOSTER and STAKELY, JJ., concur.